## ORDER

PER CURIAM.

Movant appeals from an order denying his Rule 24.035 motion on the merits following an evidentiary hearing. The motion court's judgment is based on findings of fact that are not clearly erroneous.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).

## ORDER

PER CURIAM.

The Treasurer of Missouri appeals from an order of the Labor and Industrial Relations Commission dismissing a Motion to Vacate and Reissue Award Or, Alternatively, to Permit Prompt Filing of Application for Review. We affirm. The findings and conclusions of the Commission are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to 84.16(b).

**CARMEL ENERGY, INC., Appellant,**

v.

**Harold FRITTER, Respondent.**

**No. WD 44475.**

Missouri Court of Appeals,
Western District.

April 28, 1992.

**James WATSON, Employee/Respondent,**

v.

**HEC CONTRACTORS, et al.,
Employer/Insurer/Respondent,**

and

**The Treasurer of the State of Missouri,
as Custodian of The Second Injury
Fund, Additional Party/Appellant.**

**No. 61031.**

Missouri Court of Appeals,
Eastern District,
Division One.

April 21, 1992.

J. Patrick Chassaing, Curtis, Oetting, Heinz, Garrett & Soule, Clayton, for appellant.

John J. Larsen, Sr., Summers, Compton, Wells, Hamburg, Raymond J. Flunker, Evans & Dixon, St. Louis, for respondent.